**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Tracee Murray | Case No. 26-11379-amc<br>Chapter 13 |
| U.S. Bank National Association, as Trustee for<br>2002-CB1 Trust, C-BASS Mortgage Loan<br>Asset-Backed Certificates, Series 2002-CB1,<br>     Movant<br><br>vs.<br><br>Tracee Murray ,<br>     Debtor | |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN**

U.S. Bank National Association, as Trustee for 2002-CB1 Trust, C-BASS Mortgage

Loan Asset-Backed Certificates, Series 2002-CB1 ("Movant"), by and through its undersigned

counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 17), and states as

follows:

1.     The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy

Code on April 2, 2026.

2.     The Debtor filed a Chapter 13 Plan (the "Plan") on May 5, 2026 (Doc 17).

3.     It should be noted that the Debtor's loan matures during the pendency of the Plan

period.

4.     The Debtor needs to address how they will be dealing with this loan that matures.

The debtor must indicate whether they intend to cure the arrears, take over the taxes and

insurance and pay the debt as a total debt or continue to make monthly payments.

5.     The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtor are inaccurate.  Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the Total Debt arrearage due Movant is $55,959.60, whereas the Plan proposes to pay only $15,000.00.

6.     Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

7.     Movant objects to any plan which proposes to pay it anything less than $55,959.60 as the Total Debt over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Tracee Murray<br><br>U.S. Bank National Association, as Trustee for 2002-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2002-CB1,<br>         Movant<br><br>vs.<br><br>Tracee Murray ,<br>         Debtor | Case No. 26-11379-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on May 12, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>May 12, 2026</u>

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive

Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

BRAD J. SADEK, Debtor's Attorney
Sadek Law Offices, LLC
1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Tracee Murray
1221 S. 61st Street
Philadelphia, PA 19143
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other: