**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Tracee Murray | Case No. 26-11379-amc<br>Chapter 13 |
| U.S. Bank National Association, as Trustee for<br>2002-CB1 Trust, C-BASS Mortgage Loan<br>Asset-Backed Certificates, Series 2002-CB1,<br>        Movant<br><br>vs.<br><br>Tracee Murray ,<br>        Debtor | |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 AMENDED PLAN**

U.S. Bank National Association, as Trustee for 2002-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2002-CB1 ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Amended Plan* (Doc 22), and states as follows:

1.      The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 2, 2026.

2.      The Debtor filed a Chapter 13 Amended Plan (the "Amended Plan") on July 13, 2026 (Doc 22).

3.      Movant filed a Proof of Claim in this case on May 22, 2026 (Claim No. 1) which lists a total debt of $39,548.72.

4.      It should be noted that the Debtor's loan matures during the pendency of the

Amended Plan period.

5. While the Amended Plan now lists the total debt payment the Plan fails to indicate that the debtor will take over the taxes and insurance. The debtor needs to advise regarding escrow and provide proof of insurance and payment of taxes.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Amended Plan unless such Amended Plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Tracee Murray | Case No. 26-11379-amc<br>Chapter 13 |
| U.S. Bank National Association, as Trustee for 2002-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2002-CB1,<br>        Movant<br><br>vs.<br><br>Tracee Murray ,<br>        Debtor | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on July 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 AMENDED PLAN

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: July 21, 2026

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive

Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

BRAD J. SADEK, Debtor's Attorney
Sadek Law Offices, LLC
1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Tracee Murray
1221 S. 61st Street
Philadelphia, PA 19143
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other: